William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017
Tel.: (213) 622-3003/Fax: (213) 622-3053

Mark A. Cantor (MI Bar No. P32661)
Rebecca J. Cantor (MI Bar No. P76826)
mcantor@brookskushman.com
rcantor@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel.: (248) 358-4400/Fax: (248) 358-3351

*Attorneys for Plaintiff
Kitsch LLC*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>Plaintiff,<br>v.<br><br>CM National Inc., a California corporation, Noam Krasniansky, an individual, and Irene Krasniansky, an individual,<br><br>Defendants. | Case No. 2:18-CV-08532 R (JCx)<br><br>**STIPULATED PERMANENT INJUNCTION AND ORDER** |

The parties have agreed to the entry of this Consent Judgment. Accordingly, IT IS ORDERED, ADJUDGED, and DECREED:

1. Kitsch LLC ("Kitsch") is a Limited Liability Company organized under the laws of California, having a principal place of business at 307 N. New Hampshire, Los Angeles, California 90004.

2. Defendant CM National Inc. ("CM National") is a corporation organized under the laws of the State of California, having a principal place of business at 1959 Blake Ave, Unit L, Los Angeles, California 90039.

3. Defendant Noam Krasniansky, an individual, is an adult resident of the State of California.

4. Defendant Irene Krasniansky, an individual, is an adult resident of the State of California, and owns stock in and is an officer of Defendant CM National Inc.

5. Noam Krasniansky is the owner of valid and enforceable U.S. Design Patent No. 698,996 (the "'996 Patent).

6. Kitsch has ownership rights in U.S. Design Patent No. 709,648 (the "'648 Patent").

7. Plaintiff and Defendants have reached settlement terms, which include the licensing of certain rights to Plaintiff Kitsch in relation to the '996 Patent.

8. This court has subject matter jurisdiction over this action.

9. This court has personal jurisdiction over the Defendants in this action, including its officers and owners.

10. Venue is proper in this district.

11. The above stipulated facts are a material basis for agreement to this Stipulated Order.

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED THAT:**

12. Pursuant to the terms of the license agreement between Plaintiff and Defendants, Defendants may not rely on or use the '996 Patent (or any other patent, whether currently owned or acquired in the future), or use any other means, to directly or indirectly interfere with or try to stop the sale of Plaintiff's cylindrical single coil hair ties ("Approved Products"), including, but not limited to filing suit against Kitsch, requesting removal of Plaintiff's listings for hair coils via online marketplaces, such as Amazon.com, and further including but not limited to the Amazon Identifiers ("ASINs"):

| | | |
|---|---|---|
| B01G4GPPY4 | B072FG5WCH | B07BYRG1G5 |
| B01HHGQIXW | B074KTN8PY | B07C1D79YB |
| B01HHGQRZG | B074KTXTZ9 | B07DF5PFLK |
| B071Z6QZQ9 | B074KVK6H7 | B07FP3686J |
| B07232K5Q4 | B0769MTT1Z | B07HB937L8 |
| B0725N8HHJ | B077GCNMH7 | B07HBB3L32 |
| B07288PNFT | B077GDVQL7 | |

This prohibition shall also apply to Plaintiff's manufacturers, suppliers, distributors, retailers, customers, and end users with respect to Plaintiff's Approved Products. Kitsch represents that none of these listed products have a metallic appearance and Kitsch agrees it will not sell any product on Amazon.com with any metallic appearance or components.

13. Kitsch, its officers, owners, agents, including but not limited to Jeremy Thurswell or Cassandra Thurswell may not rely on or use the '648 Patent (or any other patent, whether currently owned or acquired in the future), or use any other means, to directly or indirectly interfere with or try to stop the sale of Defendants' hair coils, including, but not limited to claiming any of these listed products infringe on the '648 Patent, or filing suit against Defendants, requesting removal of Defendants' listings for hair coils via online marketplaces, such as Amazon.com, and further including but not limited to the following ASINs:

| | | |
|---|---|---|
| B07J1S4HVK | B07J1JY2NW | B07C148XFD |
| B076BYPHP4 | B076C1V2HH | B07J1MVNY5 |
| B073T4KXNV | B07CBMLYM9 | B07C12FT1F |
| B073T4RJWV | B07J1XWCX5 | B076BW2P8Z |

This prohibition shall also apply to Defendants' manufacturers, suppliers, distributors, retailers, customers, and end users with respect to Defendants' products.

14. This Court shall retain jurisdiction over the Settlement Agreement between the parties. The Court shall also retain jurisdiction to enforce this Stipulated Order and the Settlement Agreement between the parties.

15. This Stipulated Order resolves and disposes of all remaining claims and issues between the parties in this case.

SO ORDERED this 2nd day of May, 2019.

_____
Hon. Manuel L. Real
U.S. District Court Judge

This Stipulated Order has been approved as to form and substance by the parties and attorneys of record as indicated by the signatures below:

////

////

////

////

| | |
|---|---|
| **KITSCH, LLC** | **CM NATIONAL, INC., NOAM KRASNIANSKY and IRENE KRASNIANSKY** |
| By: /s/ Jeremy Thurswell <br> Its: COO | By: /s/ Irene Krasniansky <br> Its: /s/ Noam Krasniansky <br> _____ <br> _____ |
| By:/s/ William E. Thomson, Jr. <br> (SBN 47195) <br> wthomson@brookskushman.com <br> **BROOKS KUSHMAN P.C.** <br> 601 S. Figueroa Street, Suite 2080 <br> Los Angeles, CA 90017 <br> Tel.: (213) 622-3003/Fax: (213) 622-3053 <br><br> Mark A. Cantor (MI Bar No. P32661) <br> Rebecca J. Cantor (MI Bar No. P76826) <br> mcantor@brookskushman.com <br> rcantor@brookskushman.com <br> BROOKS KUSHMAN P.C. <br> 1000 Town Center, Twenty-Second Floor <br> Southfield, MI 48075 <br> Tel: (248) 358-4400 <br><br> *Attorneys for Plaintiff* | By: /s / Jay F. Stocker, Esq. <br> (SBN 131418) <br> jstocker@ariel.net <br> **STOCKER & LANCASTER, LLP** <br> 19200 Von Karman Avenue <br> The Atrium, Suite 600 <br> Irvine, CA 92612 <br> Tel: (949) 622-5575 <br><br> *Attorneys for Defendants* |